# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-1848; The Cincinnati Ins. Co. v. Wayne Hunt, et al. |
| **Originating No. & Caption** | 4:24-cv-00951-JDA; same |
| **Originating Court/Agency** | District of South Carolina |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | June 25, 2025 |
| Date notice of appeal or petition for review filed | July 24, 2025 |
| If cross appeal, date first appeal filed | n/a |
| Date of filing any post-judgment motion | n/a |
| Date order entered disposing of any post-judgment motion | n/a |
| Date of filing any motion to extend appeal period | n/a |
| Time for filing appeal extended to | n/a |
| Is appeal from final judgment or order? | ◉ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

**Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.)

| Is settlement being discussed? | ◉ Yes    ○ No |
|---|---|

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ☐ Yes | ☉ No |
| Has transcript been filed in district court? | ☐ Yes | ☉ No |
| Is transcript order attached? | ☐ Yes | ☉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | n/a | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | n/a | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ☐ Yes | ☉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ☉ Yes | ☐ No |
| Does case involve question of first impression? | ☉ Yes | ☐ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ☐ Yes | ☉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| NATURE OF CASE: INSURANCE COVERAGE / DECLARATORY JUDGMENT |
|     The underlying action is a wrongful death / survival lawsuit against Wayne Hunt, who struck and killed Christopher McLean on 12/10/2013 in McColl, South Carolina. At the time, Hunt was employed by Wilmington Shipping Company (WSC), who was insured by The Cincinnati Insurance Company (CIC). Hunt went into default, and a Marlboro County, SC, Special Referee issued a default judgment against Hunt for $5,100,000.00. CIC subsequently retained defense counsel for Hunt, who filed a motion to set aside this judgment, while the Estate filed a motion to judicially assign Hunt's bad faith rights to the Estate. These motions remain pending before the Marlboro County Court of Common Pleas.<br>    This action was filed on 11/08/2022 in the Eastern District of North Carolina, but on 02/23/2024 it was transferred to the District of South Carolina. The Estate requested this action be stayed pending resolution of the underlying action, but these requests were denied. The District Court also refused to allow the Estate to amend its answer to attempt recovery on a MCS-90 endorsement. WSC and Hunt went into default and the District Court disposed of this case on CIC's motions for default judgment and summary judgment. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| I. Whether the District Court erred when it refused to stay this action while the underlying state wrongful death action remained unresolved.<br><br>II. Whether the District Court erred when it refused to allow Appellant-Defendant Owens to amend his answer to request recovery under a potential MCS-90 endorsement.<br><br>III. Whether the District Court's award of summary judgment was premature in light of the issues raised by Appellant-Defendant Owens' motions to stay and amend. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: The Cincinnati Insurance Company<br><br>Attorney: Charles Daniel Atkinson<br>Address: Wilkes Atkinson and Joyner (Spa)<br>127 Dunbar Street<br>Suite 200<br>Spartanburg, SC 29306<br><br>E-mail: bpeters@wajlawfirm.com<br><br>Phone: 717.713.9323 | Adverse Party: Wayne Hunt<br><br>Attorney: none<br>Address: 945B Woods St.<br>Orangeburg, SC 29115<br><br><br><br><br>E-mail:<br><br>Phone: |

| **Adverse Parties (continued)** ||
|---|---|
| Adverse Party: Maisha Jacobs (dismissed)<br><br>Attorney: Ashley Bruce Nance<br>Address: Parker Law Group LLP<br>101 Mulberry St E<br>Hampton, SC 29924<br><br>E-mail: anance@parkerlawgroupsc.com<br><br>Phone: 803.903.1781 | Adverse Party: Wilmington Shipping Company<br><br>Attorney: none<br>Address: 330 Shipyard Blvd<br>Wilmington, NC 28412<br><br><br><br>E-mail:<br><br>Phone: |

**Appellant** (Attach additional page if necessary.)

| | |
|---|---|
| Name: Levi Owens | Name: Levi Owens |
| Attorney: Jason Scott Luck<br>Address: P.O. Box 47<br>107 S. Parsonage St.<br>Bennettsville, SC 29512 | Attorney: John Elliott Parker, Jr.<br>Address: Parker Law Group LLP<br>P.O. Box 487<br>Hampton, SC 29924 |
| E-mail: jason@luck.law | E-mail: jayparker@parkerlawgroupsc.com |
| Phone: 843.479.6863 | Phone: 803.534.5218 |

**Appellant (continued)**

| | |
|---|---|
| Name: | Name: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

Signature: s/ Jason Scott Luck     Date: 07/28/2025

Counsel for: Appellant-Defendant Levi Owens

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on 07/28/2025 by ☐ personal delivery; ☑ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Wayne Hunt, 945B Woods St., Orangeburg, SC 29115

Wilmington Shipping Company, 330 Shipyard Blvd, Wilmington, NC 28412

Signature: /s/ Jason Scott Luck     Date: 07/28/2025

[Print to PDF for Filing]     [Reset Form]