UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1848
(4:24-cv-00951-JDA)
_____

The Cincinnati Insurance Company

    Plaintiff - Appellee

v.

Levi Owens, Personal Representative for the Estate of Christopher McLean

    Defendant - Appellant

and

Wilmington Shipping Company; Wayne Hunt

    Defendants

_____

**APPELLEE'S CORRECTIONS TO APPELLANT'S DOCKETING STATEMENT**
_____

Appellee The Cincinnati Insurance Company respectfully objects to certain inaccurate responses contained in Appellant Levi Owens' Docketing Statement [ECF 5] and submits the following corrected responses:

| **Appeal No. & Caption:** | APPELLANT'S RESPONSE: 25-1848; The Cincinnati Ins. Co. v. Wayne Hunt, et al. |
|---|---|
| | **APPELLEE'S RESPONSE: 25-1848; The Cincinnati Ins. Co. v. Levi Owens, Personal Representative for the Estate of Christopher McLean** |
| **Originating No. & Caption** | APPELLANT'S RESPONSE: 4:24-cv-00951-JDA; same |
| | **APPELLEE'S RESPONSE: 4:24-cv-00951-JDA; The Cincinnati Ins. Co. v. Wayne Hunt, et al.** |

| | |
|---|---|
| **Is settlement being discussed?** | APPELLANT'S RESPONSE: Yes. |
| | **APPELLEE'S RESPONSE: No.** |
| **Does this case involve a question of first impression?** | APPELLANT'S RESPONSE: Yes. |
| | **APPELLEE'S RESPONSE: No.** |
| **Adverse Party: The Cincinnati Insurance Company** | APPELLANT'S RESPONSE:<br><br>Attorney: Charles Daniel Atkinson<br>Address: Wilkes Atkinson and Joyner (Spa)<br>127 Dunbar Street<br>Suite 200<br>Spartanburg, SC 29306<br><br>E-mail: bpeters@wajlawfirm.com<br><br>Phone: 717.713.9323 |
| | **APPELLEE'S RESPONSE:**<br><br>**Attorney: Charles Daniel Atkinson**<br>**Address: Wilkes Atkinson and Joyner, LLC**<br>**127 Dunbar Street**<br>**Suite 200**<br>**Spartanburg, SC 29306**<br><br>**E-mail: datkinson@wajlawfirm.com**<br><br>**Phone: (864) 591-1113** |

July 31, 2025

s/ C. Daniel Atkinson
C. Daniel Atkinson (Fed. Id. No. 09626)
M. Taylor Petty (Fed. Id. No. 14250) (4th Circuit Admission Pending)
Wilkes Atkinson & Joyner, LLC
127 Dunbar St., Suite 200
Spartanburg, SC  29306
(864) 591-1113
datkinson@wajlawfirm.com
tpetty@wajlawfirm.com

*Attorneys for Appellee*