FILED: August 14, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 25-1848
(4:24-cv-00951-JDA)

———————————

THE CINCINNATI INSURANCE COMPANY

      Plaintiff - Appellee

v.

LEVI OWENS, Personal Representative for the Estate of Christopher McLean

      Defendant - Appellant

 and

WILMINGTON SHIPPING COMPANY; WAYNE HUNT

      Defendants

———————————

O R D E R

———————————

The court extends the briefing schedule as follows:

Joint appendix due: 09/30/2025

Opening brief due: 09/30/2025

Response brief due: 10/28/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk