UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

NO. 25-1848

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) |
| *Plaintiff-Appellee,* | ) |
| | ) |
| vs. | ) |
| | ) |
| LEVI OWENS, PERSONAL REPRESENTATIVE | ) |
| FOR THE ESTATE OF CHRISTOPHER MCLEAN, | ) |
| *Defendant-Appellant,* | ) |
| | ) |
| and | ) |
| | ) |
| WILMINGTON SHIPPING COMPANY; | ) |
| WAYNE HUNT, | ) |
| *Defendants.* | ) |

**PLAINTIFF-APPELLEE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL JOINT APPENDIX**

NOW COMES the Plaintiff-Appellee, The Cincinnati Insurance Company ("CIC"), by and through the undersigned counsel, and hereby moves this Honorable Court for an order granting this Motion for Leave to File a Supplemental Appendix. *See Hansley v. Dejoy,* 2024 U.S. App. LEXIS 30433 (4th Cir. 2024)(FN)(granting government motion to file supplemental appendix). CIC wishes to submit for the Court's consideration two documents which are in the Trial Court's record that were not included in the Joint Appendix due to counsel's failure to anticipate the need to reference them on appeal, prior to receipt of Defendant-Appellant Levi Owens's

Initial Brief. These documents were omitted from the Joint Appendix because they are memoranda of law. *See* Fed. R. App. P. 30(a)(2). Because of issues raised by Appellant related to Appellant's Motion to Amend, the memoranda now have independent relevance, to show notice related to issues pertaining to the Policies and MCS-90 amendments. Under Fed. R. App. P. 30(a)(2), CIC is already allowed to rely on these items in its briefing and argument, and the Court is allowed to rely on the pleadings in its ruling. CIC seeks to submit a Supplemental Appendix, to allow CIC to properly hyperlink the items in the record in its Appellee Brief. CIC plans to cite these cases in its Appellee Brief, and it seeks leave to file the Supplemental Joint Appendix.

The documents submitted in the Supplemental Joint Appendix are:

1. A true and correct copy of CIC's Brief in Opposition to Defendant Levi Owens's Motion to Amend Answer, filed on November 18, 2024, and held with the Trial Court at Docket Entry 64.

2. A true and correct copy of Appellant Owens' Reply Memorandum in Support of Motion to Amend, filed on November 25, 2024, and held with the Trial Court at Docket Entry 69.

CIC respectfully submits that these documents are explicitly allowed to be relied upon by the Court and the parties, pursuant to Fed. R. App. P. 30(a)(2), and there is no reason these documents could not have been included in the Joint

Appendix.  Accordingly, CIC should be given leave to submit a Supplemental Joint Appendix.

## **CONCLUSION**

For the reasons set forth above, the Court should grant this motion and permit the filing of a Supplemental Joint Appendix.

Respectfully submitted,

October 27, 2025

/s/ Charles Daniel Atkinson
Charles Daniel Atkinson
datkinson@wajlawfirm.com
Wilkes Atkinson & Joyner, LLC
127 Dunbar Street, Suite 200
Spartanburg, SC 29306
Telephone: 864.591.1113
Facsimile: 864.591.1767

*Counsel for Plaintiff-Appellee The Cincinnati Insurance Company*

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

    this document contains <u>580</u> words.

2. This document complies with the typeface requirements because:

    this document has been prepared in a proportional spaced typeface using <u>Microsoft Word</u> in <u>14 point Times New Roman</u>.

Respectfully submitted,

<u>/s/ Charles Daniel Atkinson</u>
Charles Daniel Atkinson
datkinson@wajlawfirm.com
Wilkes Atkinson & Joyner, LLC
127 Dunbar Street, Suite 200
Spartanburg, SC 29306
Telephone: 864.591.1113
Facsimile: 864.591.1767

*Counsel for Plaintiff-Appellee The Cincinnati Insurance Company*
