# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 28, 2025

_____

RESPONSE REQUESTED

_____

No.    25-1848,        The Cincinnati Insurance Company v. Levi Owens
                       4:24-cv-00951-JDA

TO:    Levi  Owens

RESPONSE DUE: 11/07/2025

Response is required to the motion for leave to file supplemental appendix on or
before 11/07/2025.

C. Halupa, Deputy Clerk
804-916-2702