FILED: November 10, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1848
(4:24-cv-00951-JDA)

_____

THE CINCINNATI INSURANCE COMPANY

       Plaintiff - Appellee

v.

LEVI OWENS, Personal Representative for the Estate of Christopher McLean

       Defendant - Appellant

and

WILMINGTON SHIPPING COMPANY; WAYNE HUNT

       Defendants

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion and accepts the supplemental appendix for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk