# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 16, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.   25-1848,     The Cincinnati Insurance Company v. Levi Owens
                            4:24-cv-00951-JDA

TO:    Levi Owens
          The Cincinnati Insurance Company

RESPONSE DUE: 12/19/2025

Response is required to the notice requesting information regarding similar cases on or before 12/19/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

C. Halupa, Deputy Clerk
804-916-2702