
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. **25-1848**      Caption: **The Cincinnati Ins. Co. v. Levi Owens**

Argument Session For Which You Are Scheduled: **March 17-20, 2026**

Dates You Are Available To Argue in the Session (if any):
**March 20, 2026**

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:
**None**

Other Relevant Information:
**The S.C. House of Representatives will likely be meeting March 17-19, 2026. The House generally meets Tuesday-Thursday until sine die, which is likely May 14, 2026.**

Party(ies) You Represent:
**Appellant Levi Owens**

**12/16/2025**      /s/ Jason Scott Luck
Date                    Counsel Signature

11/29/2021 SCC