# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 21-1848                     Date of Oral Argument: 03/20/2026

Caption: The Cincinnati Insurance Company v. Levi Owens

Attorney Arguing: John E. Parker, Jr.

Arguing on Behalf of (party name):

Levi Owens

Select party type:
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  → 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  → Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: John E. Parker, Jr.
Phone Number (day of argument): 843-408-8458

Principal Argument Time: 14                    Rebuttal Argument Time (if any):
(for appellants and appellees)                 (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Jason Scott Luck
Phone Number (day of argument): 843-408-6869

Principal Argument Time:                       Rebuttal Argument Time (if any): 6 min
(for appellants and appellees)                 (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:           Select one of the following: ☐ Order allowing argument time
                                                      ☐ Court-Appointed Amicus

Signature: John E. Parker, Jr.              Date: 01/14/26

12/01/2024 NA