# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1848     Date of Oral Argument: 03/20/26

Caption: The Cincinnati Insurance Company v. Levi Owens, et al.

Attorney Arguing: C. Daniel Atkinson

Arguing on Behalf of (party name): The Cincinnati Insurance Company

Select party type:
☐ Appellant    ☑ Appellee    ☐ Appellant/Cross-Appellee    ☐ Appellee/Cross-Appellant    ☐ Amicus    ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case: N/A

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: C. Daniel Atkinson
Phone Number (day of argument): 864-871-1004

Principal Argument Time: 20    Rebuttal Argument Time (if any): 
(for appellants and appellees)    (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:    Rebuttal Argument Time (if any):
(for appellants and appellees)    (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:    Select one of the following: ☐ Order allowing argument time    ☐ Court-Appointed Amicus

Signature: s/ C. Daniel Atkinson    Date: 01/14/26

12/01/2024 NA