# JASON SCOTT LUCK
### ATTORNEY AT LAW

P.O. BOX 47 (107 S. PARSONAGE ST.)
BENNETTSVILLE, SC 29512
843.479.6863

---

25 January 2026

**Via ECF**
Hon. Nwamaka Anowi, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

      Re:   *The Cincinnati Insurance Company v. Levi Owens*, 25-1848
             Citation of Supplemental Authorities pursuant to Fed. R. App. P. 28(j)

Dear Madame Clerk:

      I, along with Jay Parker, represent Appellant Levi Owens in this matter. Pursuant to Fourth Circuit Local Rule 28(g) and Fed. R. App. P. 28(j), I would direct the court's attention to the following supplemental authority: *Owens v. Hunt*, No. 2016-CP-34-00265, 2025 WL 4054489 (S.C.Com.Pl. Order filed Jan. 5, 2026).

      In this order from the underlying liability action (which appears to be erroneously dated January 5, 202**5**), the Marlboro County Special Referee denied Wayne Hunt's pending motion to vacate the November 18, 2021, default judgment, finding service of Wayne Hunt was proper. It also finds that Wayne Hunt's failure to update his address with the NCDMV or otherwise provide a forwarding address did not constitute "excusable neglect", and in footnote 4 states: "These failures also prevented Plaintiff [Levi Owens] from discovering the identity of Wayne Hunt's employer [Wilmington Shipping Company]." 2025 WL 4054489 at *9. This finding is relevant to Appellant's arguments on page 26 of his Opening Brief and pages 3-4 of his Reply Brief.

                                                                                                        With Kind Regards,

                                                                                                         Jason Scott Luck

/JSL
cc:      All counsel of record (via ECF)