FILED: September 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1848
(4:24-cv-00951-JDA)

---

THE CINCINNATI INSURANCE COMPANY

Plaintiff - Appellee

v.

LEVI OWENS, Personal Representative for the Estate of Christopher McLean

Defendant - Appellant

and

WILMINGTON SHIPPING COMPANY; WAYNE HUNT

Defendants

---

M A N D A T E

---

The judgment of this court, entered August 10, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*